# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
Filed: September 30, 2026

| | | |
|---|---|---|
| LINN TANZMAN, | * | |
| Petitioner, | * | No. 24-708V |
| v. | * | Special Master Young |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * | |
| Respondent. | * | |

*Robert Joel Krakow*, Law Office of Robert J. Krakow, P.C., New York, NY, for Petitioner.
*Crystal Fialkowski*, United States Department of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES[1]

On May 6, 2024, Linn Tanzman ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("the Program").[2] Pet., ECF No. 1. Petitioner alleged that she suffered a shoulder injury related to vaccine administration ("SIRVA"), as defined in the Vaccine Injury Table, as a result of an influenza ("flu") vaccine administered on November 3, 2022. *Id.* at 1.

On September 29, 2026, Respondent filed his Rule 4(c) Report stating that Petitioner's claim was appropriate for compensation and included in the Rule 4(c) Report Respondent's Proffer on Award of Compensation. ECF No. 104. Accordingly, on September 30, 2026, I issued a Ruling on Entitlement, finding that Petitioner is entitled to compensation. ECF No. 105. Based on the record as a whole, I find the Proffer reasonable and adopt it as the Decision of the Court in awarding damages, on the terms set forth therein.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioners have 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub L. No. 99-660, 100 Stat. 3755 ("the Vaccine Act" or "Act"). Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the Proffer, I award Petitioner:

(1) A lump sum payment of $82,653.50, representing compensation for pain and suffering ($80,000.00) and past unreimbursable expenses ($2,653.50), in the form of an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.

I approve the requested amount for Petitioner's compensation. In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court **SHALL ENTER JUDGMENT** herewith.[3]

**IT IS SO ORDERED.**

s/Herbrina D. S. Young
Herbrina D. S. Young
Special Master

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.